# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AARON LAHMANN, | Case No. 24-cv-4289 (LMP/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BARCLAYS BANK DELAWARE, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois, which recommends dismissing Defendant Experian Information Solutions, Inc. because Plaintiff Aaron Lahmann has not provided proof that he served that company with a summons or complaint or otherwise complied with the Court's March 12, 2025 Order. ECF No. 10. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 10) is **ADOPTED**;

2. Defendant Experian Information Solutions, Inc. is **DISMISSED** without prejudice.

Dated: May 30, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge